# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN RE: CONDEMNATION BY SUNOCO PIPELINE L.P. OF PERMANENT AND TEMPORARY RIGHTS OF WAY FOR THE  TRANSPORTATION OF ETHANE, PROPANE, LIQUID PETROLEUM GAS, AND OTHER PETROLEUM PRODUCTS IN THE  TOWNSHIP OF DERRY, WESTMORELAND COUNTY, PENNSYLVANIA, OVER THE LANDS OF TODD R. THORNE AND SUSAN A. THORNE | : No. 94 WM 2016 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| PETITION OF: TODD R. THORNE AND SUSAN A. THORNE | : <br> : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of January, 2017, the Application for Extraordinary Relief is **DENIED**.